

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

_Dominic Ferrara_
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. __3:12-CU-347 JCH__
(To be supplied by the Court)

v.

_Michael Bloomberg._
_David Patterson_
_Head of N.Y. Sanitation_
_John._
_Thomas Friedman Head of Health._

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. __Dominic Ferrara__ is a citizen of __USA__ who
   (Plaintiff)                        (State)
   presently resides at __None__.
                         (mailing address)

2. Defendant __Mayor Bloomberg.__ is a citizen of __N.Y.__
            (name of first defendant)              (State)
   whose address is _____.

Mayor Bloomberg of N.Y.C.

Head of NY Sanitation waste John of Queens,

Head of NY Health and Hygene Thomas Freid man.

3. Defendant __David Patterson__ is a citizen of __N.Y.__
    (name of second defendant)                        (State)

whose address is __New York.__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE
**BRIEFLY** state the background of your case.

The Mayor and His colleges Including David Patterson Ex Gour, Head of NY Sanitation John and also Thomas Friedman Have persuaded a Judge In NY To Not Enter Any Cases That I Have filed Against All these Criminals. for Every violation That you could Imagine. Including Hiding Evidence from Washington officials on all these Criminal Activities That were Contaminating Humans Lungs With Deadley Germs and The Chinese Criminals Being Allowed to Run their Scams from NY to Conn PA. Del and Boston. Including Every Bodega In the State Robbing welfare Money. I've Worked under Cover to find all The scams and State and welfare Tried to Cut me off as well not The Scaming people that The Mayor won't stop | The only way I Recieved Help By Calling Texas U.S. Senator Ralph hall whom Called Some are In Washington DC. And then The DOT Cam Inspectors. N.Y.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** STATE of NY Cause of Bus Accident Cause of Billions In welfare fraud and HMo fraud Also Trash Fraud and Health Fraud. all Due to Corrupt officials

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Proof was Sent To City of NY officials By Myself even Called 311 Number and Reported Never once IN 10 years was there a Insp The chinese had some one paid off IN NYC to keep The Fed Hwy and DoT off the Case and The welfare Extortion Is 100 00 Per 45 So the Bank That Should Be Charging The Criminals who own The Deli's and Jailing Them Never Amounted to Anything Because NY Ignores, It So The Chinese and Indian Hoods Rob everyone.

**Claim II:** I Sueing STATE of NY for 20 Hrs A Day aT 4500 per hr. for Investigating and Reporting to Ex Gour and NoThing everbeing Done on Behalf of My papers filed In Cant also

Supporting Facts:

The 6 Billion Dollars That

3

The Corrupt officials of NY stopped Me from Earning. with all the In Side Friends who kept Me out of City Buildings to Stall Me off IN NY

## E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
 ____Yes _✗_ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

  a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

  b. Name and location of court and docket number _____

  c. Disposition of lawsuit. (For example, was the case dismissed?  Was it appealed? Is it still pending?) Dismissed By Them Telling Me I CANT Sew Mayor.

_____

  d. Issues raised: The hole STATe of NY Is Carrupt Its 100% what Frank Sirpico Said Exactly.

4

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them.  (If you need additional space, use a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

## F. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I want to be compeucated for my time and Doctor Bills from all the Insect Bites and Sickness due to your Lack of Incompitants for Agrevation and In pA from the filthy Busses and smell from the Rest Rooms That Caused me to Recieve oxygen with medicine so I could breath agein. all Investigations by Washington D.C. 1000000 Dollars to me from NY

## G. JURY DEMAND

Do you wish to have a jury trial? Yes __X__  No _____

_____        _Dominic Ferrara._____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____        Dominic Ferrara
Printed Name                              Printed Name

                                        59 Beach ST Manhattan NY 10013.
                                        C/o Tribeca Salon.

( )                                     ( )
Attorney's full address and telephone    Plaintiff's full address and telephone

          Undercover Name    Dominiz Ferraro was Reg In Washington DC.
Email address if available               Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
            (location)                   (date)

                                        _____
                                        **Plaintiff's Original Signature**

(Rev.9/22/09)

6